## James J. Roy, Appellee, v. Chicago Motor Coach Company, Appellant.
## C. Douquet and Joseph Arlotta, Defendants.

### Gen. No. 45,424.

Heard in the first division, first district, this court at the April term, 1951. Barrett, Barrett, Costello & Barrett, for appellant; George F. Barrett, Sidney M. Glick, and Edward Wolfe, of counsel; L. L. Silverman, and Arthur Bluestein, for appellee; Charles D. Snewind, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed December 10, 1951; released for publication January 7, 1952.